WALLACE WU (State Bar No. 220110)
Wallace.Wu@arnoldporter.com
OSCAR RAMALLO (State Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
STEPHANIE KANG (State Bar No. 306162)
Stephanie.Kang@arnoldporter.com
LAURA WATSON (State Bar No. 317155)
Laura.Watson@arnoldporter.com
SKYLAR WILLIAMS (State Bar No. 341028)
Skylar.Williams@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiff and Counter-Defendant*
*ARTURO SANTOS GARCIA*

*[Additional Counsel on Signature Block]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO SANTOS GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO VARGAS HERNANDEZ,<br><br>Defendant. | Case No. 8:23-cv-946-CJC(JDEx)<br><br>**JOINT NOTICE OF SETTLEMENT** |

# JOINT NOTICE OF SETTLEMENT

Pursuant to the Court's March 27, 2024 order (Dkt.#64), Plaintiff and Counterclaim Defendant Arturo Santos Garcia. ("Plaintiff") and Defendant and Counterclaimant Roberto Vargas Hernandez. ("Defendant") (collectively, the "Parties") hereby provide notice of settlement.

On March 25, 2024, the Parties entered into a fully executed written settlement agreement resolving all claims and counterclaims. The settlement agreement requires certain obligations to be performed within forty-five (45) days of its execution (May 9, 2024). Once these obligations have been fully performed, the settlement agreement requires the Parties to file within five court days a joint request to dismiss the entire action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

In order to allow the Parties to satisfy their obligations under the settlement agreement, the Parties have concurrently filed a Joint Stipulation respectfully requesting the Court stay this action for fifty-two (52) days to June 16, 2024.

DATED: March 28, 2024

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Wallace Wu*
    Wallace Wu
    Oscar Ramallo
    Stephanie Kang
    Laura Watson
    Skylar Williams

*Attorneys for Plaintiff and Counter-Defendant ARTURO SANTOS GARCIA*

| | |
|---|---|
| DATED: March 28, 2024 | Respectfully submitted, |
| | PAYNE & FEARS LLP |
| | |
| | By: */s/ Alejandro G. Ruiz* |
| | Alejandro G. Ruiz, Bar No. 271999 |
| | agr@paynefears.com |
| | Connor L. Kridle, Bar No. 345476 |
| | clk@paynefears.com |
| | 4 Park Plaza, Suite 1100 |
| | Irvine, California 92614 |
| | Telephone: (949) 851-1100 |
| | Facsimile: (949) 851-1212 |
| | |
| | *Attorneys for Defendant and Counter-Claimant ROBERTO VARGAS HERNANDEZ* |

## **ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this notice is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Wallace Wu*
Wallace Wu