WALLACE WU (State Bar No. 220110)
Wallace.Wu@arnoldporter.com
OSCAR RAMALLO (State Bar No. 241487)
Oscar.Ramallo@arnoldporter.com
LAURA WATSON (State Bar No. 317155)
Laura.Watson@arnoldporter.com
SKYLAR WILLIAMS (State Bar No. 341028)
Skylar.Williams@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiff and Counter-Defendant*
*ARTURO SANTOS GARCIA*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTURO SANTOS GARCIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERTO VARGAS HERNANDEZ,<br><br>　　　　Defendant. | Case No. 8:23-cv-946-CJC(JDEx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial Date: November 12, 2024 |
| ROBERTO VARGAS HERNANDEZ,<br><br>　　　　Counter-Claimant,<br><br>　v.<br><br>ARTURO SANTOS GARCIA, an individual and DOES 1 through 50, inclusive<br><br>　　　　Counter-Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties hereby stipulate to a dismissal of the entire action, including all claims and counterclaims, with prejudice. All parties to bear their own costs and attorneys' fees.

Dated: May 14, 2024                               Respectfully submitted,

*/s/ Wallace Wu*_____                   */s/ Alejandro G. Ruiz*_____
Wallace Wu                                        Alejandro G. Ruiz, Bar No. 271999
Oscar Ramallo                                     agr@paynefears.com
Laura Watson                                      Connor L. Kridle, Bar No. 345476
Skylar Williams                                   clk@paynefears.com
ARNOLD & PORTER KAYE                              PAYNE & FEARS LLP
SCHOLER LLP                                       4 Park Plaza, Suite 1100
777 South Figueroa Street, 44th Floor             Irvine, California 92614
Los Angeles, CA 90017-5844                        Telephone: (949) 851-1100
                                                  Facsimile: (949) 851-1212
*Attorneys for Plaintiff and Counter-
Defendant Arturo Santos Garcia*                   *Attorneys for Defendant and Counter-
                                                  Claimant Roberto Vargas Hernandez*

I hereby attest that all signatories listed above on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

*/s/ Wallace Wu*_____
Wallace Wu

---

STIPULATION OF DISMISSAL WITH PREJUDICE